152 A.3d 179

IN THE MATTER OF JOSEPH A. VENA, AN ATTORNEY
AT LAW (ATTORNEY NO. 230731970)

JANUARY 11, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–371, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f)(default by respondent), that **JOSEPH A. VENA** of **ROSELAND,** who was admitted to the bar of this State in 1970, should be reprimanded for violating *RPC*

1.4(b)(failure to communicate with the client), *RPC* 1.4(c)(failure to explain a matter to a client to the extent reasonably necessary to permit the client to make informed decisions regarding the representation), *RPC* 1.16(a)(3)(failure to withdraw from representation on discharge by client), *RPC* 3.3(a)(1)(false statement of material fact or law to a tribunal), *RPC* 3.3(a)(5)(failure to disclose a material fact to a tribunal, knowing that the omission is reasonably certain to mislead the tribunal), *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), *RPC* 8.4(d)(conduct prejudicial to the administration of justice), *RPC* 8.1(b)(failure to cooperate with disciplinary authorities) and *Rule* 1:20–3(g)(3);

And good cause appearing;

It is ORDERED that **JOSEPH A. VENA** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.